### THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TIBAL CLARKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-12-577-R** |
| | ) | |
| **FEDERAL TRANSFER CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate

Judge Robert E. Bacharach entered June 19, 2012, recommending that this case be dismissed

without prejudice to refiling based upon Plaintiff's failure to pay his initial partial filing fee

of $11.67.  Doc. No. 8.  Plaintiff has filed an Objection [Doc. No. 9] in which he states that

he "presumes" that the Court has now received an initial partial payment of $21.67.  The

Court has not received same or any partial payment.   Therefore, the Report and

Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED

without prejudice to refiling.

IT IS SO ORDERED this 6th day of July, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE